BROWN v. THOMPSON.

*Appeal from Monona District Court—Tuesday, January 6, 1863.*

CHANGE OF VENUE.

THE opinion of the court was announced by—

BALDWIN, C. J.—The venue of this cause was changed from Monona to Greene County, from the fourth to the fifth judicial district.

At a succeeding term the District Court of Monona County, on motion of plaintiff redocketed the cause and ordered the same to be set down for a hearing as though no change had been made. In this there was error. See *Farr* v. *Fuller*, 12 Iowa, 83

Reversed.

*Casady & Polk* for the appellant — No appearance for the appellee.